```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _8/30/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHONDA AMBRISTER and DARREN AMBRISTER, as the Legal Guardians of R.D., a minor, and RHONDA AMBRISTER and DARREN AMBRISTER, Individually,

                  Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                  Defendant.

22 Civ. 5516 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 30, 2022, the Court ordered the parties to submit a joint letter and a jointly proposed case management plan and scheduling order by August 29, 2022. ECF No. 7. That submission is now overdue. Accordingly, by **September 7, 2022**, the parties shall submit a joint letter and a jointly proposed case management plan and scheduling order.

    SO ORDERED.

Dated: August 30, 2022
       New York, New York

                                       ANALISA TORRES
                                 United States District Judge