```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/8/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHONDA AMBRISTER and DARREN AMBRISTER, as the Legal Guardians of R.D., a minor, and RHONDA AMBRISTER and DARREN AMBRISTER, Individually,

                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

22 Civ. 5516 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 7, 2022, the parties submitted a joint letter. ECF No. 18. Although the parties reference a proposed case management plan and scheduling order in their joint letter, they did not append a copy of their proposed case management plan and scheduling order to their letter. The parties are directed to consult the Court's Individual Practices and model Case Management Plan and Scheduling Order, which are available at https://nysd.uscourts.gov/hon-analisa-torres. By **September 12, 2022**, the parties shall file their proposed case management plan and scheduling order.

    SO ORDERED.

Dated: September 8, 2022
       New York, New York

                                      ANALISA TORRES
                                     United States District Judge