UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHONDA AMBRISTER and DARREN AMBRISTER, as the Legal Guardians of R.D., a minor, and RHONDA AMBRISTER and DARREN AMBRISTER, Individually,

                        Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/2/2022_

22 Civ. 5516 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 13, 2022, the Court ordered the parties to submit a joint status report not later than one week in advance of the case management conference scheduled for November 9, 2022. ECF No. 21 ¶ 16. That submission is overdue. By **November 4, 2022**, at **12:00 p.m.**, the parties shall submit their joint status report.

    The parties are also reminded that pre-motion conference requests for motions for summary judgment are due within fourteen days of the close of fact discovery. *Id.*

    SO ORDERED.

Dated: November 2, 2022
       New York, New York

ANALISA TORRES
United States District Judge