UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHONDA AMBRISTER and DARREN AMBRISTER, as the Legal Guardians of R.D., a minor, and RHONDA AMBRISTER and DARREN AMBRISTER, Individually,

                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/15/2023__

22 Civ. 5516 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letter dated June 13, 2023. ECF No. 54. On May 11, 2023, the Court permitted Plaintiffs to file an amended complaint that includes Plaintiffs' request for relief under 20 U.S.C. § 1415(j). ECF No. 46. On May 22, 2023, Plaintiffs filed an amended complaint. ECF No. 53. In their June 13, 2023 letter, the parties state that they "both intend to rely on their previously filed pre-motion letters for summary judgment." ECF No. 54 at 1. Plaintiffs "also intend to file a [m]otion for [p]reliminary [i]njunction requesting a [p]endency [o]rder and intend to rely on their previously filed pre-motion letter." *Id.* Accordingly:

1. The parties' requests to file motions for summary judgment are GRANTED;
2. Plaintiffs' request to file a motion for a preliminary injunction is GRANTED;
3. By **July 20, 2023**, the parties shall file their motions for summary judgment[1];
4. By **August 10, 2023**, the parties shall file their opposition papers; and
5. By **August 24, 2023**, the parties shall file their replies, if any.

SO ORDERED.

Dated: June 15, 2023
       New York, New York

                              ANALISA TORRES
                             United States District Judge

---

[1] Plaintiffs' brief shall include Plaintiffs' request for a pendency order under 20 U.S.C. § 1415(j).