UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHONDA AMBRISTER, as the Legal Guardian of R.D., a minor, and RHONDA AMBRISTER, individually,<br><br>       Plaintiffs,<br><br>  -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>       Defendants. | 22-CV-5516 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  The parties shall file a joint letter apprising the Court of any developments in the prior, pending or related administrative and legal proceedings referenced in their summary judgment papers no later than **July 17, 2024**.

Dated: July 12, 2024
    New York, New York

                 SO ORDERED.

                 *Jessica Clarke*
                 ―――――――――――――――
                 JESSICA G. L. CLARKE
                 United States District Judge